# **EXHIBIT A**

-----Original Message-----
From: Mattie Moore <m22strategies@gmail.com>
Sent: Tuesday, September 19, 2023 4:26 PM
To: Jonathon Moore <jmoore@moorelawoffices.us>
Cc: Spoltore, Leslie <leslie.spoltore@obermayer.com>; mathieu.shapiro@obermayer.com
Subject: Re: Not divorce related

So the govt has been served as of yesterday on the harm of the federal suit.
Leslie, please indicate if you and Obermayer are of counsel for defendants outside of the divorce.
Best
Mattie Moore

Sent from my iPhone

> On Sep 19, 2023, at 4:23 PM, Mattie Moore <m22strategies@gmail.com> wrote:
>
> This has nothing to do with divorce.
> Leslie isnt the attorney of record. That counsel doesn't represent the federal suits.
> Over 18 years old in same household is personal service that is the rule. It doesnt matter if he is away. We will serve tomorrow when she goes to work.
>
> Unless Leslie is representing the federal suit and gives me notice she is I will continue to correspond.
> My counsel doesn't represent the federal suit. The fact Maggie is hiding speaks volumes.
> M
>
> Sent from my iPhone
>
>> On Sep 19, 2023, at 4:17 PM, Jonathon Moore <jmoore@moorelawoffices.us> wrote:
>>
>> Curtis has been out of the country on US government business for the past two weeks.
>>
>> Since you are now represented by counsel, please communicate through your counsel to my counsel.
>>
>> Jonathon R. Moore
>> Law Offices of Jonathon R. Moore, PLLC
>> 5335 Wisconsin Avenue, N.W., Suite 440 Washington, D.C. 20015-2079
>> Tel: +1 (202) 255-5300
>> Fax: +1 (202) 965-7745
>> Email: jmoore@moorelawoffices.us
>> Our Websites:
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__www.moorelawoffic
>> es.us&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=7wCX91
>> EIR1yib1thFykxqNhjXFzmND7Q42qDYbhF9fU&m=7dn2CddrQDSQNTmkKDmPhO_yUH1a8
>> hkfX5ql1y6atMtaaJGcmisoe9OPqYVMZhsF&s=0gYg8HlRHkna3xr0SNBid6KBspRP_SR
>> LK78PKNJFGjk&e=
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__www.international
>> philanthropythebook.com&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_Cd
>> pgnVfiiMM&r=7wCX91EIR1yib1thFykxqNhjXFzmND7Q42qDYbhF9fU&m=7dn2CddrQDS
>> QNTmkKDmPhO_yUH1a8hkfX5ql1y6atMtaaJGcmisoe9OPqYVMZhsF&s=eV0mC-2FgiwSE
>> TgJ4TO-L8Vfmc_YuniIMqeNHRFGU_4&e=
>>
>> -----Original Message-----
>> From: Mattie Moore <m22strategies@gmail.com>
>> Sent: Tuesday, September 19, 2023 4:07 PM
>> To: Jonathon Moore <jmoore@moorelawoffices.us>
>> Subject: Not divorce related
>>
>> Curtis has been hiding for two days to avoid service on your direction but over 18 service is good.
>> Just shows you left for a bunch of wimps they wont take service and defend their  actions.. i knew it a bunch of thugs.
>> We will get them to the car… sorry for you. You had truth and you shit all over it for garbage.
>> M
>>
>> Sent from my iPhone

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | William E. Green |
| **Cc:** | Jonathon R. Moore; Theodore Kittila |
| **Subject:** | Conflict of Interest Motion to Recuse |
| **Date:** | Friday, October 6, 2023 1:28:16 PM |

Dear Bill,

 I have e-track to check the docket at the U.S. District Court.  You unfortunately have a conflict of interest and your firm. Namely, the common client you share is front and center of not only the fraud aspect of my case but the divorce. Upon information and belief, and a recent meeting for 3 hours with the FBI, head of fraud for PNC, and the IRS, it seems I have been a dupe as an employee to circumvent the beneficiary owner requirements.  In addition, upon information and belief, our funds were co-mingled with your mutual client.  Again, I do not need to elaborate.

 Ted and Bill will be key witnesses as this also includes a current case with Dechert for your mutual client whereby phony contracts were being made by the region for the purposes of laundering.

If you do not recuse in this matter, I will file a Motion to Recuse.

Kind regards,
Mattie Moore

| From: | Mattie Moore |
|---|---|
| To: | William E. Green |
| Cc: | Theodore Kittila |
| Subject: | Re: Moore v. Melvin, 1:23-cv-00988-GBW (D. Del.) |
| Date: | Friday, October 6, 2023 1:50:24 PM |

Meaning, Motion to Disqualify Defendant's Counsel for Conflict of Interest.
Best
Mattie

On Fri, Oct 6, 2023 at 1:47 PM Mattie Moore <m22strategies@gmail.com> wrote:
> Thank you. I will be filing a Motion to Recuse.  Perhaps the firm needs to get a little more
> insight on what is going on with my divorce, PNC, and the Kurds.
> Best,
> Mattie Moore

On Fri, Oct 6, 2023 at 1:45 PM William E. Green <wg@hfk.law> wrote:

Ms. Moore,


Please see the attached documents filed today in *Moore v. Melvin*, 1:23-cv-988-GBW (D.
Del.).


**William E. Green, Jr.**

Partner



p   302-268-6875

m   302-545-5498

e   wg@hfk.law


5801 Kennett Pike, Suite C/D

Wilmington, DE  19807

**www.hfk.law**

This electronic message transmission, any attachments hereto, and the information contained herein is intended

only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | William E. Green |
| **Cc:** | Theodore Kittila |
| **Subject:** | Re: Moore v. Melvin, 1:23-cv-00988-GBW (D. Del.) |
| **Date:** | Friday, October 6, 2023 1:55:56 PM |
| **Attachments:** | image001.png |
| | image001.png |

Curtis was served after hiding for two days. Lucy will be served today and Maggie over the weekend.
Best
Mattie

On Fri, Oct 6, 2023 at 1:45 PM William E. Green <wg@hfk.law> wrote:

> Ms. Moore,
>
>
> Please see the attached documents filed today in *Moore v. Melvin*, 1:23-cv-988-GBW (D. Del.).
>
>
> **William E. Green, Jr.**
>
> Partner



> p  302-268-6875
>
> m  302-545-5498
>
> e  wg@hfk.law
>
>
> 5801 Kennett Pike, Suite C/D
>
> Wilmington, DE  19807
>
> **www.hfk.law**
>
> This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that

any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | William E. Green; Theodore Kittila |
| **Subject:** | Re: Moore v. Melvin, 1:23-cv-00988-GBW (D. Del.) |
| **Date:** | Friday, October 6, 2023 2:11:50 PM |
| **Attachments:** | image001.png |
| | image001.png |

Dear Bill,

I'm confused why you are filing a Motion to Dismiss for two Defendants not served yet. Also, Jonathon has proffered a settlement offer that is comprehensive on the divorce and this suit. I rejected it but I wanted you to know that the divorce settlement agreements have included a comprehensive settlement both I rejected. Your client knows full well after the at least hundred emails talking about Curtis' threats and interference and his children he needs me to make a comprehensive settlement.

Jonathon is possibly the worst client as he gives his lawyers only what he wants them to know.

We have a Case Management Conference on November 7. I have suggested a settlement conference prior to November 7.

Best

Mattie Moore

On Fri, Oct 6, 2023 at 1:45 PM William E. Green <wg@hfk.law> wrote:

> Ms. Moore,
>
> Please see the attached documents filed today in *Moore v. Melvin*, 1:23-cv-988-GBW (D. Del.).
>
> **William E. Green, Jr.**
>
> Partner
>
> 
>
> p   302-268-6875
>
> m  302-545-5498
>
> e   wg@hfk.law
>
> 5801 Kennett Pike, Suite C/D

Wilmington, DE  19807

**www.hfk.law**

This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | William E. Green |
| **Cc:** | Theodore Kittila |
| **Subject:** | Re: Moore v. Melvin, 1:23-cv-00988-GBW (D. Del.) |
| **Date:** | Friday, October 6, 2023 2:04:57 PM |
| **Attachments:** | image001.png |
| | image001.png |

Literally, 40 pages of disqualification as the Kurds the same party as in the cyber suit Halloran is representing. Ingomar Fiduciary Inc at that time still employed me (unwittingly) and it will be specific, ████████████████████████████ (probably a jane doe), ████████ ████ etc etc.
 Please confer with your client and let me know if the firm will recuse.
Thank you
Mattie Moore

On Fri, Oct 6, 2023 at 1:45 PM William E. Green <wg@hfk.law> wrote:

> Ms. Moore,
>
> Please see the attached documents filed today in *Moore v. Melvin*, 1:23-cv-988-GBW (D. Del.).
>
> **William E. Green, Jr.**
>
> Partner
>
> 
>
> p   302-268-6875
>
> m  302-545-5498
>
> e   wg@hfk.law
>
> 5801 Kennett Pike, Suite C/D
>
> Wilmington, DE  19807
>
> **www hfk.law**
>
> This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas +

Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | William E. Green |
| **Cc:** | Theodore Kittila |
| **Subject:** | Re: Moore v. Melvin, 1:23-cv-00988-GBW (D. Del.) |
| **Date:** | Friday, October 6, 2023 2:18:39 PM |

Lets be clear my husband is a money launderer.


Sent from my iPhone


> On Oct 6, 2023, at 1:47 PM, Mattie Moore <m22strategies@gmail.com> wrote:
>
>
> Thank you. I will be filing a Motion to Recuse.  Perhaps the firm needs to get a little more insight on what is going on with my divorce, PNC, and the Kurds.
> Best,
> Mattie Moore
>
> On Fri, Oct 6, 2023 at 1:45 PM William E. Green <wg@hfk.law> wrote:
>
>> Ms. Moore,
>>
>>
>> Please see the attached documents filed today in *Moore v. Melvin*, 1:23-cv-988-GBW (D. Del.).
>>
>>
>> **William E. Green, Jr.**
>>
>> Partner
>>
>> 
>>
>> p   302-268-6875
>>
>> m   302-545-5498
>>
>> e   wg@hfk.law
>>
>>
>> 5801 Kennett Pike, Suite C/D

Wilmington, DE  19807

**www.hfk.law**

This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | William E. Green; Theodore Kittila |
| **Subject:** | Rule 3.7(a) |
| **Date:** | Sunday, October 8, 2023 10:56:33 AM |
| **Attachments:** | greenkittiladeisqualifyletter.pdf |
| | FOR PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY.pdf |

Please find attached my formal letter requesting you and your firm's disqualification under Rule 3.7(a).  I have also attached some language from Jonathon's settlement proposal to me in September which I have expanded. And, to be clear his original offer did not include releasing Curtis Melvin. Please note this settlement offer I have made pursuant to Rule 480 and with consideration of Rule 480 (b) regarding admissibility.

Thank you. I regret I needed to send this today as my mother's continual Stage 4 cancer treatment (she has lived with us for 7 years) continues tomorrow.

Mattie Moore

**FOR THE PURPOSES OF SETTLEMENT NEGOTIATIONS ONLY
CONFIDENTIAL UNDER FEDERAL RULE OF EVIDENCE 408**

**This settlement proposal will not offer a dollar amount to protect any admissibility for "another purpose" under Rule 408 (b) allowing the court to admit the settlement negotiation as evidence on the validity or amount of a disputed claim.**

Proposal A:
Defendant's Jonathon Moore, Lucia Moore, and Margaret Moore are removed from this cause of action pending xxxxx in settlement.  Plaintiff reserves the right to continue in a different cause of action against the Jane and John Does and Curtis Melvin. I will ask for indemnification from all these Defendants on IRS tax avoidance issues (note IRS doesn't recognize settlement indemnification). They are responsible for any and all tax fines and penalties resulting in tax avoidance schemes from 2016-2021. Jonathon and I have filed separately as I refused to qualify Lucy's fraudulent expenses which were not qualified deductions. My former FBI/IRS head of Philadelphia office investigator for 25 years did the forensics on all returns and records including IFS. Lucy is to go to psychiatric (not psychological garbage dude ranch) a real psychiatrist for counseling and pharmacological psychiatric evaluation a minimum of 15 hours. I will agree not to discuss any issues with the FBI, IRS or other government agencies unless I receive a subpoena, warrant, or any formal requests.

Proposal B:
Case is withdrawn and settled against all Defendants including John and Jane Does for an amount double Proposal A figure, given Curtis Melvin's past aggressiveness and harm.  Melvin also has to give up all copies of the TLO database appropriate authorities and TransUnion or proof it has been completely deleted with damages for future use and possession.
I will ask for indemnification from all  these Defendants on IRS tax avoidance issues (note IRS doesn't recognize settlement indemnification). They are responsible for any and all tax fines and penalties resulting in tax avoidance schemes from 2016-2021. Jonathon and I have filed separately as I refused to qualify Lucy's fraudulent expenses which were not qualified deductions and haven't been for at least 5 years. My former FBI/IRS head of Philadelphia office investigator for 25 years did the analysis on all returns and records including IFS. . I will agree not to discuss any issues with the FBI, IRS or other government agencies unless I receive a subpoena, warrant, or any formal requests. Curtis is to go to anger management classes or treatment for 20 hours.

Mahtaub Moore
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com


October 8, 2023


Mr. William Green
Mr. Ted Kittila
Halloran, Farkas, Kittila, LLP
5801 Kennett Pike
Suite C/D
Wilmington, DE 19807

**RE: Moore v. Melvin, et al. case #23-988**

Dear Gentlemen,

I am in receipt of your Motion to Dismiss and proposed Order in the above-captioned case.  As I informed you by email, unless you disqualify yourselves and the firm from this case, I will file a Motion to Disqualify Opposing Counsel by October 11, 2023  The following are the facts:

1. Mr. Green, Mr. Kittila, and the firm are key witnesses as to the structuring, layering, and operations of Ingomar Fiduciary Services, Inc. who represent Special Political at Risk Persons (SPRP), family members of heads of state, and namely ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮. Your firm also represents and associates the same SPRP, some of whom are my former clients and whereby I fired them as clients as they were adverse to me filing under the Foreign Agent Registration Act as required by law.

2. Halloran, et al, the firm, and you have information, which is not privileged attorney-client information as to the events leading up to the causes of action. This includes Bill Green helping take documents and inspecting a home office where evidence and documents were removed in July 2023. At that time, neither of you or your firm presented yourself as counsel or having been engaged by Defendants as a demand letter had been sent during that period. That in and of itself, if you were engaged in this case and did not disclose it to me, and I allowed you access to my home, my personal files, and other areas I unknowingly gave to you. This poses serious professional conduct issues.

17

3. Halloran, et al, the firm and individual lawyers have specific details on how Defendants family enterprise structures and layers the family businesses as it relates to the causes of action in this case which are **not client-privileged information**. Those details are so specific as to defendants' operating the firm enterprise where you and your firm have had lengthy discussions on how the business is structured, a possible merger, or in the alternative, over the last two years, which included a handing off of the entire book of business including Ingomar Fiduciary Services, Inc. and tax structuring of these over 82 corporations under the IFS, Inc. banner.

4. These material facts are essential to this case and attorneys of Halloran, et al. have this type of specific information and is vital to this case.


Delaware Lawyers' Rules of Professional Conduct—specifically Rule 3.7(a)—do not allow a lawyer to both advocate at trial and be a witness, except in narrow circumstances that do not apply to this case. While the burden of proof for me must be clear and convincing evidence to disqualify encompassing both (a) the existence of a client and (b) how the conflict will prejudice the fairness of the proceedings. Current case law also supports this as there is a very reasonable if strong likelihood opposing counsel and members of the firm will be a necessary witness in the same litigation. Cases as recent as 2021 have successfully ordered the disqualification of opposing counsel under Rule 3.7(a) in Delaware.

Further, Rule 3.7(a). That rule provides that:

> **(a) A lawyer shall not act as advocate at a trial in which the lawyer is likely to be a necessary witness unless:**
> **(1) the testimony relates to an uncontested issue;**
> **(2) the testimony relates to the nature and value of legal services rendered in the case; or**
> **(3) disqualification of the lawyer would work substantial hardship on the client.**

Proffering an argument that your testimony would be non-essential or not prejudice me is in this case, would be senseless and holds no merit.  I understand often  Rule 3.7(a) is used as a tactical move. However, my argument for disqualification has merit, can be proven, and I will meet and surpass the burden required to disqualify you and your firm. Supreme Court cases such as *Waters*, and rulings in Delaware allowing this court of jurisdiction to decide to disqualify on the basis of opposing counsel remaining in a case, in violation of Rule 3.7(a) have enormous standing in particular the *Information Technology, Inc*. case which is considered, coupled with *Waters*, the Alpha and Omega of disqualification based on Rule 3.7(a).

Most recently, Hunter Biden's tax lawyer recused himself as he would most certainly a witness. Your firm surely after all of the political maneuvering you have done over Hunter Biden think you should stay in this case. What's good for the goose is good for the gander as they say.

I will circle back to Dave White at the Delaware Bar Association on the Rule 3.7(a) as he was helpful again when I was *Pro Se* and Spoltore, Jonathon's divorce lawyer, was misbehaving.

I would at this time like to propose the following: 1) I will delay a Motion to Disqualify Opposing Counsel and we agree to a time filed in court as to my Response to  your Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (both of which I will completely annihilate). 2) I would agree to your negotiating a settlement which Jonathon has already given to me but you and your firm do not appear in this case. 3) Curtis was not included in the settlement discussions. Jonathon was only considered about himself and his daughters. There is no love lost there between Jonathon and Curtis and all settlement proposals given to me again did not include Curtis.

I will send in a separate attachment a settlement proposal as Jonathon has stated he was interested in a comprehensive settlement with the divorce. However, the ship has left the dock and I am more than happy to do this but at this juncture these need to be two separate mediation or settlements.  I would propose in October when we are going into a settlement conference for the divorce we informally do the same while he is in Wilmington.  Your client Jonathon Moore, needs to come to terms with whether or not he will include Curtis in these settlement negotiations as he was very clear in his offers only covered him and his daughters.

Kind regards,

/s/Mattie Moore

| From: | Mattie Moore |
| --- | --- |
| To: | Theodore Kittila; William E. Green |
| Subject: | Fwd: ADDITIONAL PRESENTER AT OUR FALL EVENT! |
| Date: | Monday, October 9, 2023 10:54:10 AM |
| Attachments: | delawarestatebardisciplinary.pdf |
| | Screen Shot 2019-09-06 at 12.23.52 PM.png |
| | Screen Shot 2019-09-06 at 12.22.08 PM.png |
| | Screen Shot 2019-09-06 at 12.21.58 PM.png |
| | Screen Shot 2019-09-06 at 12.04.59 PM.png |

Gentlemen,
Please find a letter hand delivered today to Dave White of the Office of Disciplinary Counsel.
In addition, Ted, as you know I am a member of the Brandywine Women's Coalition. Please
also find the fraud perpetrated on me as part of RICO. These are the pictures sent to me the
day before Lucy's wedding which I had no idea about. I paid for an engagement ring,
transition surgery, womens clothes.

The moral and ethical choice for you and your firm is to disqualify from this case. However, I
think you need to explain your position if you do stay specifically to this group knowing the
allegations and I have asked Tricia Lyons and Brandywine if they would be open to me
debating you on my case and the fraud aspect of paying for transgender surgery and lifestyle.
Can you imagine?
Thank you,
Mattie Moore

---------- Forwarded message ---------
From: **Brandywine Women's Coalition** <info@brandywinewomenscoalition.com>
Date: Tue, Sep 26, 2023 at 2:14 PM
Subject: ADDITIONAL PRESENTER AT OUR FALL EVENT!
To: <m22strategies@gmail.com>

Mahtaub Moore
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com


October 9, 2023


**VIA HAND DELIVERY**
**David A. White, Esquire**
Chief Disciplinary Counsel

**Kathleen M. Vavala, Esquire**
Disciplinary Counsel

**Jessica L. Tyler, Esquire**
Disciplinary Counsel

The Renaissance Centre
405 North King Street, Suite 420
Wilmington, Delaware 19801


Dear Disciplinary Counsel,

Please find a letter drafted to Halloran, Farkas, & Kittila regarding their refusal to disqualify their firm and their attorney's in the pending U.S. District Court case Moore v. Melvin, et al, case number 23-988.  I had been in contact with Mr. White several times this summer on another matter. Thankfully, I do have counsel before the Family Law court now.


I am currently *Pro Se* in this civil RICO action. I have known Ted Kittila and I am stunned, particularly in light of this firm's deep knowledge of material facts in this case where they will be called as a witness, they are refusing to disqualify. They also did not divulge their representation of the Defendants after I allowed them into my home where they left with one Defendant key material evidence.

Kind regards,


Mahtaub Moore

**From:** Mattie Moore <mlmfilmproductions@gmail.com>
**Date:** October 11, 2023 at 1:27:56 PM GMT+2
**To:** Jonathon Moore <jmoore@moorelawoffices.us>
**Subject: Disqualification on halloran**

Jonathon,

I am not communicating with your lawyers and for the rest of those defendants. I have filed now, a formal complaint with the Delaware disciplinary board. As Halloran, Ted and particularly Bill Green was in my house after a demand letter, which you have that letter now that I've sent they need to disqualify themselves as I will call them as a witness immediately during this motion to dismiss if they continue to go this route.

I have honored what I said I was going to do which was to not serve you, Lucy or Maggie, pending you coming back and sitting down and discussing ehat you want to do with curtis.  Bill Green had offered to have a conference. I'm more than happy to do that. I also told them I have no problem with them helping you settle this matter. But, they will be a witness and the case law is very clear that counsel called as a witness cannot be counsel and serve in the same case.

There's a settlement conference on November 7 as you know or should I say a case management conference. Your slimy lawyer ( her new name in the kegal community after the slime-ball tactics is Slimetore) had gone to my lawyer, saying she was going to get back on a settlement conference date for the two of us in the other matter. Of course she hasn't.

As such, I will wait for Halloran's response to the disciplinary action and I gave them until today to withdraw their appearance.

As such, I am not communicating with them on any matters regarding the

settlement of the civil RICO case.

Sent from my iPhone

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | Theodore Kittila; William E. Green |
| **Subject:** | Jonathon conference |
| **Date:** | Wednesday, October 11, 2023 7:38:21 AM |

Gentlemen,

As I haven't heard from you, I'm assuming that the decision is not to disqualify yourselves. As I am still organizing, per Jonathon's request, all of the business mail, checks, etc. and now his problem with the Division of Delaware corporations (created by his assistant) which he has asked me to assist with, he has asked me not to do anything until he returns on the 16th or 17th. My motion to disqualify is finished. I will seek a motion to stay a decision on your motion to dismiss pending the court's decision on the motion to disqualify.
Jonathon has requested a conference or at least some talk and I am fine with you as I said and you're firm and more of an informal ad hoc basis doing that.

Please circle back with Jonathon on the 16th or 17th.
Mattie Moore

Sent from my iPhone

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | Theodore Kittila; William E. Green |
| **Subject:** | Service of process |
| **Date:** | Wednesday, October 11, 2023 7:40:10 AM |

Gentlemen,
I also agreed i would not serve Jonathon, Lucy, or Maggie until we meet. I have 90 days until the cut-off which would be Dec 7.
Mattie Moore
Sent from my iPhone

| From: | Mattie Moore |
|---|---|
| To: | Theodore Kittila; William E. Green |
| Subject: | Re: Motion to disqualify |
| Date: | Sunday, October 15, 2023 6:44:06 PM |

That was GOP apologies for autocorrect
Mattie


Sent from my iPhone

> On Oct 15, 2023, at 6:36 PM, Mattie Moore <m22strategies@gmail.com> wrote:
>
> Further,
> Whats the difference between the GOO asking for release of the SAR reports on Bidens and what I know now are multiple SAR's on Jonathon from PNC .. answer is nothing.
> Mattie
>
>
> Sent from my iPhone
>
>> On Oct 15, 2023, at 5:03 PM, Mattie Moore <m22strategies@gmail.com> wrote:
>>
>>
>> Gentlemen,
>> Jonathon is returning from Italy with his mistress. I now know why he left.
>> I will be filing a motion to disqualify and a bar complaint with a press release. Is there a difference between Hunter Biden and Jonathon Moore? I don't think so. Hunter oallegedly took his daughter's education fund and paid for hookers and wanted to make it an IRS deduction and Jonathon took money out for transgender surgery and unqualified medical expenses, and wanted it to be an IRS deduction. Further, Jonathon's multiple wires which he has cut and paste stationary I  recently found out with wires from the Middle East using our home address. How is that different than Hunter Biden having Barley Mill Road on wires from China. There's no difference.
>> Mattie Moore
>>
>>
>>
>>
>> Sent from my iPhone

| | |
|---|---|
| **From:** | Mattie Moore |
| **To:** | Theodore Kittila; William E. Green |
| **Subject:** | Settlement |
| **Date:** | Sunday, October 15, 2023 7:17:53 PM |

Gentlemen,

I sent my settlement agreement to jonathon's mistress tonight. Obviously, she has the draw, and the strings to make this happen.
Mattie

Sent from my iPhone

| From: | Mattie Moore |
|---|---|
| To: | William E. Green; Theodore Kittila |
| Subject: | Motion to Disqualify |
| Date: | Tuesday, October 17, 2023 10:03:06 AM |

Good morning,
The Motion to Disqualify will be filed today if not this morning by DLS Discovery courier.  I have mailed you a copy with the appropriate certificate of service.

On another note, as I have just learned of the long-term mistress in Long Island, it seems reasonable that all business mail should not be coming to my home any longer including various mail for ▮▮▮▮▮ using my home address as their LLC's and Inc.'s place of business, and other corporations. He has insisted Delaware is his domicile but 1) if the registered agent is not physically in Delaware he can't serve as a registered agent 2) the new statute requires for Inc.'s a separate place of business from the registered agent.

It is not my responsibility to be his administrative assistant. I am certain this is to avoid another tax from the NY tax revenue as of December 31 he would have been beyond the mark to avoid NY taxes.

He and his mistress will be disembarking the Alitalia flight around 3:30 pm at JFK. I am filing a restraining order against his mistress as my clothes, art and other items have been removed and no family court has made a determination on my rights to vacation or otherwise to this property.

Please let me know what your client (I have no problem with you handling outside any appearance in court talks or negotiations) but this having me sort his business and whatever personal mail is ridiculous. Let his mistress do it.
Mattie Moore