# **<u>EXHIBIT 1</u>**



William E. Green, Jr.
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 268-6875
Email:  wg@hfk.law

November 8, 2023

**By Email**

Mahtaub Moore
1 Wood Road
Wilmington, Delaware 19806
m22strategies@gmail.com

Re: *Mahtaub Moore v. Melvin*, et al., CA No. 1:23-988-GWB (D. Del.)

Dear Ms. Moore:

I write on behalf of defendants Curtis Melvin, Jonathon Moore, Margaret Moore, and Lucia Moore ("Defendants") in reference to the litigation captioned above.

As you know, on October 6, 2023, Defendants filed their Motion to Dismiss and Opening Brief in Support of Their Motion to Dismiss.  D.I. 7, 8.  Under the District of Delaware Local Rules, "once a motion has been deemed served, the response thereto shall be filed within 14 days, as calculated consistent with Fed. R. Civ. P. 6(a) and CM/ECF Procedures."  D. Del. Local Rule 7.1.2(b).  Accordingly, any response or opposition to the Motion to Dismiss was due on October 20, 2023, and is now untimely.

Please serve any response or opposition to the Motion to Dismiss by 5:00 p.m. on Monday, November 13, 2023.  If you do not serve a response or opposition to the Motion to Dismiss by that time, we will advise the Court that the Motion to Dismiss should be deemed unopposed.

Very truly yours,

*/s/ William E. Green, Jr.*

William E. Green, Jr., Attorney at Law
Halloran Farkas + Kittila LLP

cc: Theodore A. Kittila

# **EXHIBIT 2**

U.S. DISTRICT COURT IN THE DISTRICT OF DELAWARE

MAHTAUB MOORE

*Plaintiff*.

C.A. 1:23-cv-988 (GBW)

v.

CURTIS MELVIN, JONATHON MOORE,
MARGARET MELVIN, LUCIA MOORE,
JOHN AND JANE DOES 1-10.

*Defendants*.

### MOTION TO STAY PLAINTIFF'S ANSWER TO DEFENDANTS' MOTION TO DISMISS UNTIL RULING OF PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL AND MOTION TO STRIKE

NOW COME, the Plaintiff, Mahtaub Moore and files this Motion to Stay Plaintiff's Answer Until Ruling of Plaintiff's Motion to Disqualify counsel and Motion to Strike and states as f follows:

Plaintiff filed on October 17, 2023 a Motion to Disqualify Counsel based on Rule 3.7(a). Defendant's counsel filed an opposition to that brief on October 20, 2023, with Plaintiff filing a Response and Motion to Strike on October 23, 2023. These motions are still pending before the court as is Defendant's Motion to Dismiss for Failing to State a Claim and Lack of Personal Jurisdiction.

Plaintiff received an email from Mr. Green on November 9, 2023 suggesting a November

13, 2023 timeline for Plaintiff to Answer his Motion to Dismiss. Plaintiff appreciates that courtesy email however, the Motion to Disqualify and Motion to Strike have not been ruled on by this honorable court, and alternatively, the court has not set a hearing time for these motions.

Plaintiff hereby respectfully requests as follows:

Plaintiff's answer to any remaining Defendant's Motion to Dismiss be allowed twenty (20) days after the court's ruling on Plaintiff's Motion to Disqualify and Motion to Strike.

Respectfully submitted,

Mahtaub Moore, *Pro se*
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com

November 9, 2023

## U.S. DISTRICT COURT IN THE DISTRICT OF DELAWARE

MAHTAUB MOORE

    *Plaintiff.*

    v.

CURTIS MELVIN, JONATHON MOORE,
MARGARET MOORE, LUCIA MOORE,
JOHN AND JANE DOES-10.

    *Defendants.*

Case No. 1:23-cv-988

### Certificate of Service

I, Mahtaub Moore, hereby certify that on November 9, 2023 a copy of Plaintiff's Motion to Stay Answer was served on William Green, Esq, via Hand Delivery and Email to the following address: William Green, Esq., 5801 Kennett Pike, Suite C/D, Wilmington, DE 19807.

*[signature]*

Mahtaub Moore, *Pro se*
1 Wood Road
Wilmington, DE 19806

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAHTAUB MOORE

    Plaintiff.

                                                                C.A. 1:23-cv-00988 (GBW)

v.

CURTIS MELVIN, JONATHON R. MOORE,
MARGARET MELVIN, LUCIA MOORE, JOHN
AND JANE DOES 1-10.

    Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY ANSWER**

Having considered Plaintiff's Motion to Stay Answer IT IS HEREBY ORDERED that the Plaintiff's to Stay Answer until a ruling on Plaintiff's Motion to Disqualify and Motion to Strike be **GRANTED**.

IT IS SO ORDERED this _____ day of _____ 2023.

                                                               _____
                                                               The Honorable Gregory B. Williams
                                                               United States District Judge