IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**MAHTAUB MOORE,**

*Plaintiff,*

v.

**CURTIS MELVIN, an individual,
JONATHON R. MOORE, an individual,
MARGARET C. MELVIN, an individual,
LUCIA M. MOORE, an individual, JOHN
AND JANE DOES 1-10, individuals and
Corporations.**

*Defendants.*

C.A. No: 1:23-cv-00988 (GBW)

## PLAINTIFF'S MOTION TO AMEND COMPLAINT AND ADD DEFENDANT

Plaintiff, Mahtaub Moore, hereby moves the court for leave to amend the Complaint for RICO, Fraud, Civil Conspiracy, Common Law Fraud, Fraudulent Misrepresentation, Blackmail and Extortion (The Complaint) pursuant to Federal Rules of Civil Procedure under Rule 15. Plaintiff asserts the following facts and new evidence to amend and add a Defendant and hereby states the as follows:

1. Plaintiff filed a Complaint which has not received an answer or a responsive pleading by Defendants pursuant to Federal Rules of Civil Procedure Rule 12.

2. Defendants' through their counsel filed a Motion to Dismiss for Failing to State a Claim and Lack of Personal Jurisdiction.

3. Plaintiff filed a Motion to Disqualify Defendants' Counsel pursuant to Rule 3.7 (a).

4. Plaintiff after an exhaustive due diligence has learned of new evidence attached to

this pleading in the form of Exhibit A regarding Defendants' conspiratorial actions related to the claims in the original complaint from former Senior Executive of the FBI for the Philadelphia, PA office Jeffrey Lampinski.

5. Plaintiff through intensive due diligence respectfully asks the court to add, Julie Sanford, of Stafford, VA, and 15 year bookkeeper to Defendants' as a Defendant to this action.

6. Sanford has direct knowledge and possesses all financial and corporate records relating to Plaintiff's causes of actions in the original complaint.

7. Plaintiff, as alleged in the original complaint, has received documents delivered to Plaintiff's home address at 1 Wood Road, Wilmington, DE 19806, from the Department of Homeland Security regarding Defendants' actions and use of Plaintiff's residence and fraudulent employee status to Ingomar Fiduciary Services, Inc. to obtain, fraudulent immigration work visas for oversees individuals (Exhibit B).

8. The corporation DAIKI, Inc. according to online corporate filings uses Ingomar Fiduciary Services, Inc. as a registered agent and Plaintiff's 1 Wood Road, Wilmington, DE 19806 address without Plaintiff's permission or consent (Exhibit C).

9. Plaintiff reported the false use of the 1 Wood Road address and names used to obtain work visas to the Department of Homeland Security's Vermont process offices and expressed concern as Plaintiff had no knowledge of the individual listed to work at 1 Wood Road and that there were no manufacturing corporations or corporations requiring work visas at the 1 Wood Road location nor business licenses applied for in the City of Wilmington.

10. Further, Plaintiff through due diligence and outside experts determined the DAIKI, Inc. Corporation attempting to bring individuals in the U.S., were a Kiribati owned server dai.ki lists the named applicant for the alleged visa application sent to Plaintiff.

11. Plaintiff has also discovered Defendants' during all times relevant in the complaint to the present were in continual violation of the Foreign Agent Registration Act by signing consecutive yearly corporate 1120 tax returns as officers of a Delaware corporation representing a $14 million dollar G1 Bombardier aircraft silently owned by the King of Saudi Arabia (KSA) holdings of Al-Rushaid Corporation, Al-Rushaid Ltd., and Al-Rushaid Aviation, Ltd.

12. These (KSA) holdings are required for any U.S. citizen representing them outside of legal work and as an officer or consultant to register under the Foreign Agent Registered Act as detailed in the causes of actions by Plaintiff in the original complaint. The level of officer status for KSA by Defendants' and the beneficial owner status required Defendant's to register with the Department of Justice.

13. Plaintiff requests this honorable court to allow an amendment to original complaint and adding Julie Sanford as a Defendant.

Respectfully submitted,

Dated: January 1, 2024

By: _____
Mahtaub Moore
*Pro Se*
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com