

**William E. Green, Jr.**
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
p: (302) 268-6875
e: wg@hfk.law

**By CM/ECF**                                             January 29, 2024

The Honorable Gregory B. Williams, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

> Re: *Moore v. Melvin,* et al.,
> **Civil Action No. 1:23-cv-00988 (GBW) (D. Del.)**

Dear Judge Williams:

I write on behalf of defendants Curtis Melvin, Jonathon R. Moore, Margaret C. Moore, and Lucia Moore ("Defendants") in the above-referenced matter to respectfully request a status conference at the Court's earliest convenience in light of the various motions pending before the Court.

Plaintiff Mahtaub Moore initiated this litigation *pro se* on September 7, 2023. On October 6, 2023, Defendants moved to dismiss the litigation in its entirety and filed their opening brief in support thereof. D.I. 7-8. Rather than oppose the motion to dismiss, on October 17, 2023, Plaintiff moved to disqualify Defendants' counsel. D.I. 9. That motion has been fully briefed. *See* D.I. 10-11. On November 9, 2023, Defendants moved for entry of a briefing schedule on the motion to dismiss. D.I. 12. Plaintiff did not file a response or otherwise oppose the motion for a briefing schedule. On January 1, 2024, Plaintiff filed a motion to amend her complaint. D.I. 13. Defendants filed their opposition to that motion on January 16, 2024. D.I. 14.

Defendants accordingly seek a status conference to discuss the Court's preferences with respect to resolution of the various pending motions. Counsel are available at the Court's convenience.

                                    Respectfully submitted,

                                    */s/ William E. Green, Jr.*

                                    William E. Green, Jr. (Bar No. 4864)
                                    Halloran Farkas + Kittila LLP

                                    *Counsel for Defendants*

cc:   Theodore A. Kittila, Esq.
      Mahtaub Moore (via email and hand delivery)