IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHTAUB MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-988-GBW |
| | ) | |
| CURTIS MELVIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this 13th day of March 2024, having considered Plaintiff's motion to disqualify (D.I. 9), Defendants' motion for entry of a briefing schedule (D.I. 12), Plaintiff's motion to amend (D.I. 13), and Plaintiff's motion for a temporary restraining order (D.I. 16);

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to disqualify (D.I. 9) is **DENIED**.

2. Defendants' motion for entry of a briefing schedule (D.I. 12) is **GRANTED**.

3. Plaintiff's motion to amend (D.I. 13) is **DENIED**.

4. Plaintiff's motion for a temporary restraining order (D.I. 16) is **DENIED**.

IT IS FURTHER ORDERED that Plaintiff shall file a response to Defendants' motion to dismiss within fourteen (14) days of the date of this Order. Plaintiff's failure to timely file a response may result in the granting of Defendants' motion to dismiss as unopposed.

_____
United States District Judge