IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAHTAUB MOORE,         : | |
| :                       | |
| Plaintiff,              : | |
| :                       | |
| v.                      : | Civil Action No. 23-988-GBW |
| :                       | |
| JONATHON R. MOORE, et al., : | |
| :                       | |
| Defendants.             : | |

**ORDER**

At Wilmington, this 30th day of August 2024, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (D.I. 7) is **GRANTED**.

2. Defendant's motion to quash subpoenas and stay discovery (D.I. 23) is **DENIED as moot**.

3. Plaintiff's motion to transfer case to United States District Court for the District of Columbia (D.I. 26) is **DENIED as moot**.

4. Plaintiff is given leave to file an amended complaint **on or before September 30, 2024**, remedying the deficiencies identified in the Complaint. Plaintiff may not add any new claims. Should Plaintiff choose not to timely file an

amended complaint in this district, the Complaint will be dismissed without prejudice and the case will be closed.

_____
The Honorable Gregory B. Williams
United States District Judge